Decided October 1, 1996

STATE OF CONNECTICUT *v.* ALAN M. NOKES

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 10 (AC 14355), is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Gerardi,* 237 Conn. 348 (1996).

*Stephen F. Cashman,* in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided October 1, 1996